UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ADAMS,<br><br>          Petitioner,<br><br>    v.<br><br>DAVID B. LONG, WARDEN,<br><br>          Respondent. | CASE NO. CV 12-9447-SJO (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>November 7, 2012</u>.

                                        *S. James Otero*
                                        S. JAMES OTERO
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd